Writ denied. No error of law under facts found by Court of Appeal.

McCALEB, J., is of the opinion that a writ should be granted but limited to the extent as indicated in No. 47,015 of the docket, 245 La. 569, 159 So.2d 284.

159 So.2d 285

**Michael (S) CHIANTELLA**

**v.**

**MISSISSIPPI MUD, INC.**

No. 47022.

Jan. 20, 1964.

In re: Mississippi Mud, Inc., applying for writs of certiorari, prohibition, mandamus and/or injunction. 157 So.2d 279.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

159 So.2d 285

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS**

**v.**

**Leo CAILLIER.**

No. 47027.

Jan. 20, 1964.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 157 So.2d 274.

Writ refused. On the facts found by the district Judge and the Court of Appeal, the result is correct.

HAWTHORNE, J., is of the opinion the writ should be granted.